```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                   CRIMINAL ACTION NO. 2:11-00155

**CARLITO CARTER**

<u>SUPERVISED RELEASE REVOCATION</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On June 25, 2024, the United States of America appeared by Judson C. MacCallum, Assistant United States Attorney, and the defendant, Carlito Carter, appeared in person and by his counsel, Christopher W. Maidona, Assistant Federal Public Defender, for a hearing on the petition and its amendments seeking revocation of supervised release submitted by Senior United States Probation Officer Justin L. Gibson.  The defendant commenced a thirty-six (36) months term of supervised release in this action on September 30, 2022, as more fully set forth in the Judgement in a Criminal Case entered by the court on December 29, 2011.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) on January 22, 2024, a confidential informant purchased from the defendant .5 grams of a substance that later tested positive for fentanyl; and (2) on January 26, 2024, the defendant possessed with the intent to distribute 300 grams of methamphetamine, and 200 grams of fentanyl all in violation of federal and state laws; and, all as admitted by the defendant on the record of the hearing, and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

It is further ORDERED that the sentencing in this matter be, and hereby is, scheduled for 1:30 p.m. on October 3, 2024.

The defendant was remanded to the custody of the United States Marshal pending sentencing.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: July 2, 2024

_____
John T. Copenhaver, Jr.
Senior United States District Judge